DISMISS; Opinion filed November 8, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01364-CV

## TOM MEYMAND AND FATEMAH MEYMAND, Appellants

V.

## BAC HOME LOANS SERVICING, L.P.
## F/K/A COUNTRYWIDE HOME LOANS SERVICING, L.P. AND
## EVERETT FINANCIAL SERVICES, INC., Appellees

### On Appeal from the 95th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-10-13152-D

# MEMORANDUM OPINION

Before Chief Justice Wright and Justices Francis and Lang-Miers
Opinion By Chief Justice Wright

Before the Court is appellees' October 18, 2012 motion to dismiss the appeal for lack of jurisdiction. Specifically, appellees contend the trial court's judgment is interlocutory. Appellants did not file a response.

Generally, appeals may be taken only from final judgments. *See Lehmann v. Har-Con Corp.* 39 S.W.3d 191, 195 (Tex. 2001). A judgment is final if it disposes of all pending parties and claims. *Id.* Orders that do not dispose of all pending parties and claims are interlocutory and, subject to a few exceptions, unappealable until a final judgment is rendered. *Id.*

Appellants filed their notice of appeal on August 26, 2012. In their notice of appeal,

appellants state they are appealing the trial court's August 5, 2012 judgment. Appellees filed a motion to modify on August 31, 2012 pointing out to the trial court that their counterclaims remained pending. The trial court rendered an amended judgment on September 8, 2012 vacating its judgment dated August 5, 2012 and ordering that appellants take nothing on their claims. The amended judgment states that it does not dispose of all claims and all parties and is interlocutory.

Appellees' counterclaims against appellants remain pending and, thus, there is no appealable final judgment. Accordingly, we grant appellees' motion and dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

CAROLYN WRIGHT
CHIEF JUSTICE

121364F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

TOM MEYMAND AND FATEMAH MEYMAND, Appellants

No. 05-12-01364-CV     V.

BAC HOME LOANS SERVICING, L.P. F/K/A COUNTRYWIDE HOME LOANS SERVICING, L.P. AND EVERETT FINANCIAL SERVICES, INC., Appellees

Appeal from the 95th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. DC-10-13152-D).
Opinion delivered by Chief Justice Wright, Justices Francis and Lang-Miers, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees, BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing, L.P. and Everett Financial Services, Inc., recover their costs of the appeal from appellants, Tom Meymand and Fatemah Meymand.

Judgment entered November 8, 2012.

_____
CAROLYN WRIGHT
CHIEF JUSTICE